DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BEVERLEY C.B. WHITE; JOHN DORSO and SUE DORSO; COLLETTE MERCIER, as Attorney-in-fact for JOSEPH MERCIER; MARK SCHERER, as personal representative of the Estate of Sandra Spaugh; LOGAN CHAMBERLAIN and SUSAN CHAMBERLAIN; JOHN JANSEN; JAMES DOWDELL, JR.; JONI SHERRILL, as executor of the Estate of Sam Tedesco; JOHN FILAK, as trustee under John Filak Revocable Trust Agreement dated May 3, 1996; JOHN WAKEFIELD and NANCY WAKEFIELD; MICHAEL McCORMICK and LAURA McCORMICK; ROBERT SMITH; CHRISTOPHER BOOTH, as executor de son tort of the Estate of Weldon S. Booth; ALBERT MEYER and FRANCINE MEYER; EDWARD CARR and MARIANNE CARR; THOMAS BECK; JAMES BRENDEL, individually and as a nominated personal representative of the Estate of Anna Brendel; DAVID LUFT and BETTY LUFT; EDITH SHEEHAN; RICHARD VOLK; AMELIA YANATSIS; EDWARD PEEL; CHARLES AXTON and BARBARA AXTON; CAROL BARNES; JAMES DeSTEFANO and JOANNE DeSTEFANO; DONALD GROSSE and IRENE GROSSE; CAROLYN HALL; PAUL HAMMELMAN and ANNDRA HAMMELMAN; ILONA HERMLE; KARIN ISRAELSSON; JERRALD KABELIN and KAY KABELIN; ROBERT MARTIN and JEANNINE MARTIN; ROLAND SCHAPANSKI; JOSEPH TESTA and NANCY TESTA; PATRICIA MORGAN, as trustee of the James I. Morgan Trust; BRADLEY THINNES, as Attorney-in-Fact for PATRICIA THINNES; MARY YOUNG, individually and as nominated personal representative of the Estate of Joseph Young; ALAN ANDERSON; JON BERRY; MICHAEL BIGLEY and LAURIE STEIN; VIJAY DUBE and GIRJIA DUBE; DIANE CRUMLY as executor de son tort of the Estate of Paul Lang, deceased; JEFF McCARTNEY and BARBARA McCARTNEY; JOHN MOUNT; PATRICIA QUARLES; FRANK ROBINSON III and JACKLYN ROBINSON; CHARLES WHITCHER and SHIRLEY WHITCHER; ROBERT NICKS and TERESA NICKS; RICHARD BUTLER and MARY BUTLER; TIMOTHY STONE, as Attorney-in-Fact for Phyllis Stone; RALSTON REID, individually and as a nominated personal representative of the Estate of Shirley Reid; CHARLES MATTHEWSON, as trustee of the Amended and Restated Shirley Anne Crandall Revocable Inter Vivos Trust No. 1; JOHN BALL and CAROL BALL; SCOTT VAN DER LINDEN; CHARLENE KNOCH, as trustee of Wendell Trust UTD November 1, 1994; MARY BARCUS; THOMAS KINGSLEY and FRANCES KINGSLEY; LAURA BROWN, as executor de son tort of the Estate of John W. Berryman, Jr.; WANDA MILLER, as trustee of the Geraldine F. Warstler

Trust Agreement Dated August 13, 2015; JIM McCARTHY and CYNTHIA McCARTHY; ELIZABETH ROBERTSON; JEAN LARSON and THOMAS LARSON; THOMAS WHITTAKER, as personal representative of the Estate of Walter Whittaker and the nominated personal representative of the Estate of Catherine Whittaker; WILLIAM THOMAS and CANDACE RENWALL, as independent co-executors of the Estate of Robert Kloman; THOMAS BARRY and FRANCES BARRY; CHARLES HOLLOWAY; ELMER ECCHER and JANICE ECCHER; ROBERT HLADIK, PATRICIA BARNES, as personal representative of the Estate of Joan Yelding; THOMAS BROWN and ELIZABETH BROWN; DAVID VAN ALSTYNE, as executor of the Estate of Joan Van Alstyne; WILLIAM GEPHART, as executor de son tort of the Estate of Roberta Rogers; JEAN MORGAN; REGINALD MILLER and NANCY MILLER; ANN MARIE O'BRIEN; GEIR FLYCKT; ARTHUR MAYHEW and CAROL MAYHEW; DOMINICK GIAMBRONE; EDWARD MALINOWSKI; KERRY LONG and DEBRA LONG; JEFFREY BUCHS and DONNA BUCHS; BRADLEY BENFORD; ROBERT BEAVER; PATRICIA McGOWAN; ISABELLA MARKLE; THOMAS TYLER; WOODROW MILTENBERGER and PEGGY MILTENBERGER; ROSS DUNBAR and ELIZABETH DUNBAR; THOMAS SLATTERY and DEBRA SLATTERY; RAYMOND WOPPERER; PAUL EUSTACE and GEORGINA EUSTACE; DAVID GARTZKE and LOUISE GARTZKE; PAMELA HOLCOMBE, PAMELA HOLCOMBE, as independent co-executor of the Estate of Marvin Pruitt; JOHN BUGOSH, as Attorney-in-Fact for Nancy Bugosh; DONALD BRISCH, as Attorney-in-Fact for Joseph Brisch; LANCE BALLARD; CAROL STADTER and RICHARD STADTER; and WILLIAM HANKINS, as personal representative of the Estate of Patricia Hankins; individually and on behalf of those similarly situated,

Appellants,

v.

CONCERT PLANTATION, LLC, and PLANTATION GOLF AND COUNTRY CLUB, INC.,

Appellees.

No. 2D2023-0637

_____

June 28, 2024

Appeal from the Circuit Court for Sarasota County; Andrea McHugh, Judge.

Benjamin A. Christian, formerly of mctlaw, and Ilyas Sayeg and Jennifer Anne Gore Maglio, of mctlaw, Sarasota (substituted as counsel of record), for Appellants.

Lindsay Patrick Lopez, Amy L. Drushal, and William A. McBride of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Tampa, for Appellee Concert Plantation, LLC; Terrance W. Anderson, Jr., of Nelson Mullins, Boca Raton, for Appellee Plantation Golf and Country Club, Inc.

PER CURIAM.

　　Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.